# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DARLENE M. BRUNETT,

                Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS LLC,

                Defendant.

Case No. 17-CV-1747-JPS

**DEFAULT JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment (Docket #12) be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall pay to Plaintiff the total sum of $14,598.75 together with post-judgment interest as provided by law; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*

March 20, 2018
Date

By: Deputy Clerk